AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern   DISTRICT OF   New York

Joseph W. McKay

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   3:13-cv-808

Carolyn W. Colvin, Acting Commissioner of
    Social Security

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the final decision of the Commissioner is reversed and matter is remanded for further administrative proceedings and further that this matter is dismissed in accord with the decision in <u>Melkonyan v Sullivan</u>, 501 U.S. 89 (1991).

All of the above pursuant to a consent order entered on January 21, 2014 by the Hon. Frederick J. Scullin, Jr.

_Lawrence K. Baerman_
Clerk of Court

January 22, 2014            Lawrence K. Baerman
Date                                              Clerk

(By) Deputy Clerk

_Barbara J. Woodford_